# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TOMMY LAQUADE STEWART,

        Petitioner,

v.

GABRIELA NAJERA, *et al.*,

        Respondents.

Case No.: 2:21-cv-01490-APG-BNW

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME**

**(ECF NO. 48)**

In this habeas corpus action, after a 60-day period, the petitioner, Tommy Laquade Stewart, represented by appointed counsel, was due on August 21, 2023, to file a reply to Respondents' answer (ECF No. 47). (*See* ECF No. 9 (60 days for reply).)

On August 21, 2023, Stewart filed a motion for extension of time (ECF No. 48), requesting a 90-day extension—to November 20, 2023—for his reply. Stewart's counsel states that the extension of time is necessary because of her obligations in other cases.

I find that Stewart's motion for extension of time is made in good faith and not solely for the purpose of delay, and I find that there is good cause for this extension of time. However, this is a long extension of time for this reply. The scheduling order (ECF No. 9) allows 60 days for a reply. Respondents' answer is only 27 pages and is not unusually complex. Therefore, *I will not be inclined to further extend this deadline absent extraordinary circumstances.*

I THEREFORE ORDER that Petitioner's Motion for Enlargement of Time **(ECF No. 48) is GRANTED**. Petitioner will have until and including November 20, 2023, to file a reply to Respondents' answer.

I FURTHER ORDER that, pursuant to Federal Rule of Civil Procedure 25(d), Gabriela Najera is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

Dated: August 21, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE