AARON D. FORD
 Attorney General
Michael J. Bongard (Bar. No. 7997)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov
*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TOMMY STEWART,<br><br>    Petitioner,<br><br>vs.<br><br>GABRIELA NAJERA, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-01490-APG-BNW<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE RESPONSE TO THE REPLY TO ANSWER TO THE REMAINING CLAIMS IN THE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br>**(ECF NO. 50)**<br>**FIRST REQUEST** |
|---|---|

Respondents, through legal counsel, Aaron D. Ford, Attorney General of The State of Nevada, and Michael J. Bongard, Senior Deputy Attorney General, hereby move this court for a thirty-two (32) day enlargement of time, up to and including Monday, December 11, 2023, in which to submit the response to the reply to the answer to the remaining claims in Petitioner Charles Stewart's Second Amended Petition for Writ of Habeas Corpus (ECF No. 50). The response is currently due November 9, 2023. Respondents base this motion on the declaration of Counsel.

This is Respondents' first request for an extension of time in which to file the response and made in good faith and not for purposes of delay.

DATED this 8th day of November, 2023.

            AARON D. FORD
            Attorney General

            By:*/s/ Michael J. Bongard*
            Michael J. Bongard (Bar No. 007997)
            Senior Deputy Attorney General

**DECLARATION OF MICHAEL J. BONGARD**

1. I am a Senior Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Post-Conviction Division, and I make this declaration on behalf of Respondents' Motion for Enlargement of Time to file the response to the reply to the answer to the remaining claims in Petitioner Tommy Stewart's Second Amended Petition (First Request) in the above-captioned case. In this motion, I am requesting a thirty-two (32) day enlargement of time, up to and including, Monday, December 11, 2023, to file and serve the response to the reply to the answer. The response is currently due November 9, 2023.

2. Since Stewart filed their reply to the answer on October 10, 2023, Counsel filed the following pleadings in federal court: 1.) On October 24, 2023, the response to the reply to the answer to the remaining claims in *Moore v. Gittere*, et al., USDC case number 2:13-cv-00655-JCM-DJA (death penalty case; 2.) On October 26, 2023, a motion to dismiss in *Perry v. Najera*, et al., USDC case number 2:23-cv-00311-GMN-EJY; and 3.) On November 7, 2023, a motion to dismiss in *Green v. Garrett*, et al., USDC case number 2:14-cv-01388-APG-NJK.

3. Counsel also was preparing for a jury trial in *State v. Brown*, Seventh Judicial District Court case number CR-22-08101 (White Pine County), scheduled for October 24-26, 2023. A plea in that case and another case involving the same defendant was entered on October 24, 2023. Counsel also prepared for the bench trial in the Ely Justice Court in a small claims matter, *Massengale v. State of Nevada, ex rel, NDOC*, Ely Justice Court case number 23-SC-00033-7k, on November 6, 2023.

4. Along with the response in this case, Counsel is currently working on the following pleadings: 1.) The answer brief in *Carter v. State*, Nevada Supreme Court case number 85520, currently due December 21, 2023; and 2.) The answer brief in *Flores v. Gittere*, et al., Ninth Circuit case number 23-16047, currently due November 17, 2023. Counsel will be seeking an enlargement of time in this matter.

5. Counsel was also working on the answer brief in *Orth v. Warden*, et al., Ninth Circuit case number 22-16452, and had filed a motion for enlargement of time in the matter. However, on November 3, 2023, the Court entered an order suspending the briefing schedule because Petitioner/Appellant filed a motion to proceed pro se.

6. On November 7, 2023, Counsel e-mailed opposing counsel Shelly Richter, to determine her position on this motion. Ms. Richter responded stating that she does not oppose this request.

For these reasons, Counsel respectfully asks this Court to grant the request for an extension of time of thirty-two (32) days to file the response to the reply.

DATED this 8th day of November, 2023.

By: */s/ Michael J. Bongard*
Michael J. Bongard (Bar No. 007997)
Senior Deputy Attorney General

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 9, 2023