# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tommy Laquade Stewart,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents | Case No. 2:21-cv-01490-APG-BNW<br><br>**Order Directing the Parties to Submit Redacted Exhibits** |

Upon review of the exhibits filed in this matter, I note that the parties did not fully comply with the requirements of LR IC 6-1. *See* ECF Nos. 16-1 at 2; 23-7 at 19. Compelling reasons exist to seal the documents as they contain personal-data identifiers. *See* LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").

**I THEREFORE ORDER** the respondents must file **by March 8, 2024**, a redacted publicly available copy of the exhibit filed as ECF No. 23-7, in compliance with LR IC 6-1.

**I FURTHER ORDER** the petitioner must file **by March 8, 2024**, a redacted publicly available copy of the document filed as ECF No. 16-1, in compliance with LR IC 6-1,

**I FURTHER ORDER** the clerk of the court shall seal the exhibits filed as ECF documents 16-1 and 23-7.

DATED this 1st day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE